IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

LEAH C.,[1]                     No. 6:17-cv-1443-AC

        Plaintiff,                  ORDER

       v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Acosta issued a Findings and Recommendation [29] on December 20, 2018, in which he recommends the Court reverse the Commissioner's decision and remand for

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

further administrative proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [29]. Accordingly, the decision of the Commissioner is reversed and remanded for further administrative proceedings.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of \_\_\_\_\_March\_\_\_\_\_, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge